Entered on Docket
March 30, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
mchen@ccfirm.com
Loan No. xxxx5381 / Our File No. 10-02-2158-NV

Attorney for Secured Creditor
Green Tree Servicing, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

DANIEL VIVAR, ET AL.,
OVELIA AVILA DE VIVAR
    Debtor(s)

CHAPTER 7
BANKRUPTCY NO.: 10-11560-LBR
DATE: March 22, 2010
TIME: 10:00 AM

### ORDER TERMINATING THE AUTOMATIC STAY RE: DEBTORS AND BANKRUPTCY ESTATE

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Automatic Stay re: Debtors and Bankruptcy Estate in the above-entitled Bankruptcy case is terminated as to Secured Creditor, Green Tree Servicing, LLC, its assignees and/or successors in interest, regarding the property located and generally described as 5826 Dodd Street, Las Vegas, NV 89122, ("Property" herein) and legally described as follows:

| | |
|---|---|
| 1 | SEE LEGAL DESCRIPTION |

      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no less than seven (7) days prior to any first scheduled (or re-scheduled) foreclosure sale following entry of this Order, the Secured Creditor must give the Debtor notice thereof by mailing an additional "notice of foreclosure sale" to the Debtor at the address of the subject property as mentioned above.

Submitted by:

    THE COOPER CASTLE LAW FIRM
    A Multi-Jurisdictional Law Firm

By:   /s/ Michael W. Chen             Date: February 17, 2010
      Michael W. Chen, Esq.
      Attorney for Secured Creditor
      Green Tree Servicing, LLC

By:   SEE ATTACHED                Date: _____
      William A. Leonard,
      Chapter 7 Trustee

EXHIBIT "A"

The land referred to in this Commitment is situated in the County of Clark, State of Nevada and is described as follows:

> LOT THIRTY FOUR (34) IN BLOCK FOUR (4) OF BUNCH TRACT NO. 2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 2 OF PLATS, PAGE 75 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

I declare under penalty and perjury that the forgoing is true and correct.

                                            _____/s/ Max Erwin_____
                                            An employee of The Cooper Castle Law Firm